470 A.2d 1043

Commonwealth v. Newkirk, Appellant.

Submitted November 4, 1983. Anne L. Wall, Assistant Public Defender, for appellant; William P. Carlucci, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.